In the Matter of the Petition of HELEN K. ENGLISH for the Examination of LAWRENCE A. ENGLISH, JR., etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, **P. J.**, Dowling, Smith, McAvoy and Martin, JJ.

JOSEPH LEVY, Appellant, v. ROSE LEVY, Respondent.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, **P. J.**, Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of DENNIS E. CONNERS (WILLIAM L. CLAY, etc.).— Motion granted. Present — Clarke, **P. J.**, Dowling, Smith, McAvoy and Martin, JJ.

THE CENTRAL BREWING COMPANY OF NEW YORK, Respondent, v. PATRICK HALTON, Defendant, Impleaded with PATRICK HAYES, Appellant.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, **P. J.**, Dowling, Smith, McAvoy and Martin, JJ.

MORRIS COHEN, as Administrator, etc., Respondent, v. THE ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LTD., OF ZURICH, SWITZERLAND, Appellant.— Motion granted upon appellant complying with terms stated in order. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

LENA ALEXANDER, Respondent, v. HUGO FREY, Appellant.— Motion granted. Present — Clarke, **P. J.**, Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of the Application of RACHEL DAY for Payment of Award, etc. (Strange Avenue, etc., for Public School Purposes.) — Motion granted. Settle order on notice. Present — Clarke, **P. J.**, Dowling, Smith, McAvoy and Martin, JJ.

JACQUES POLLATSCHEK, Appellant, v. HYKAUF REALTY CORPORATION and Another, Respondents.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

JACOB ROSENBERG, Respondent, v. BARBARA ROSENBERG, Individually and Others, as Executors, etc., Appellants.— Motion for leave to appeal denied; with ten dollars costs; motion for stay granted. Present — Clarke, **P. J.**, Dowling, Smith, McAvoy and Martin, JJ.

TRIANGLE RADIO SUPPLY CO., INC., Appellant, v. DE FOREST RADIO TELEPHONE AND TELEGRAPH COMPANY, Respondent.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of MICHAEL J. CASEY, an Attorney.— Motion granted. Settle order on notice. Present — Clarke, **P. J.**, Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of JUSTIN SAMUEL GALLAND, an Attorney.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, McAvoy and Martin, JJ.

In the Matter of G. ARNOLD MOSES, an Attorney.— Motion granted. Present — Clarke, **P. J.**, Dowling, Smith, McAvoy and Martin, **JJ.**